**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6935

QUENTIN BLEDSON,

Petitioner - Appellant,

versus

VANESSA ADAMS,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:06-cv-00130-GBL)

Submitted:  August 18, 2006        Decided:  September 28, 2006

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Quentin Bledson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Quentin Bledson, a federal inmate, appeals from the district court's orders dismissing his 28 U.S.C. § 2241 (2000) petition for want of administrative exhaustion and denying his motion for reconsideration. We vacate the orders of the district court and remand for consideration of the merits of Bledson's claims.

Bledson was convicted of possession of a hazardous tool. He received a variety of sanctions, including the loss of forty days' good conduct time, for this offense. Bledson appealed the decision and asked that the conviction be expunged from his record. At each level in the appeals process, the representative of the Bureau of Prisons denied Bledson's appeal, specifically finding that "sanctions were" "appropriate." We read these administrative denials to mean that all the sanctions imposed for the offense, including the loss or revocation of good time credits, were before each reviewing authority and that the loss of good time credits, like all the sanctions, was upheld at each step of the review process. Accordingly, we conclude that Bledson has exhausted his administrative remedies.

We therefore vacate the orders of the district court and remand for consideration of the merits of Bledson's claims. We dispense with oral argument because the facts and legal contentions

- 2 -

are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>VACATED AND REMANDED</u>